#1

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

**************************************************

UNITED STATES OF AMERICA,

v.

1. Richard Anderson,
   a/k/a Pretty, Pretty Ricky
2. Henry Beard,
   a/k/a Ju Ju
3. Justin Belle,
   a/k/a Jus, Just Blaze
4. Mikell Butler,
   a/k/a Kells
5. Linsandro Brown,
   a/k/a C
6. Tommie Caldwell,
   a/k/a T-boy, Tommie Gun
7. Shaquan Hayes,
   a/k/a Quan
8. Eric Harris,
   a/k/a Easy E, e
9. Ricardo Henderson,
   a/k/a Ruckus, Mateo, Teo
10. Qierre Jacobs,
    a/k/a Stacks, Q-stacks
11. Charles Lewis, Jr.,
    a/k/a Chuck D
12. Arsheen Montgomery,
    a/k/a Dudie
13. Phillip Moore,
    a/k/a Skrilla, P-crack, Big Phil
14. Curtis Perkins,
    a/k/a Curt
15. Quintel Raysor,
    a/k/a Quinny, Q Da Don
16. Kwame Robinson,
    a/k/a Kwa
17. Leon Robinson,
    a/k/a Eon, E-Blix
18. Jose Serrano,
    a/k/a Rico
19. Kawaun Wiggins,
    a/k/a Doughboy

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 2 0 2011

LAWRENCE K. BAERMAN, CLERK
ALBANY

**INDICTMENT**

1:11-CR- 0247-DNH

Vio:   18 U.S.C. 1961(d)
       18 U.S.C. 1952
       21 U.S.C. 846
       21 U.S.C. 841

20. Deshae Harris,
21. Kadeem Pell,
22. DeShawn Tarver,
23. Charles Edwards,
24. Brian Wilder,
25. Jamie Baker,
26. Val Socinski,
27. Kevin Roundsville and
28. Charles Procella,

### Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## THE GRAND JURY CHARGES:

### COUNT ONE

### THE ENTERPRISE

At all times material to this Indictment:

1.      Defendants:

**Richard Anderson, A/K/A PRETTY, PRETTY RICKY**
**Henry Beard, A/K/A JU JU**
**Justin Belle, A/K/A JUS, JUST BLAZE**
**Mikell Butler, A/K/A KELLS**
**Linsandro Brown, A/K/A C**
**Tommie Caldwell, A/K/A T-BOY, TOMMIE GUN**
**Shaquan Hayes, A/K/A QUAN**
**Eric Harris, A/K/A EASY E, E**
**Ricardo Henderson, A/K/A RUCKUS, MATEO, TEO**
**Qierre Jacobs, A/K/A STACKS, Q-STACKS**
**Charles Lewis, Jr.,  A/K/A Chuck D**
**Arsheen Montgomery. A/K/A DUDIE**
**Phillip Moore, A/K/A SKRILLA, P-CRACK, BIG PHIL**
**Curtis Perkins, A/K/A CURT**
**Quintel Raysor, A/K/A QUINNY, Q DA DON**
**Kwame Robinson, A/K/A KWA**
**Leon Robinson, A/K/A EON, E-BLIX**
**Jose Serrano, A/K/A RICO**
**Kawaun Wiggins, A/K/A DOUGHBOY**

and others, were members and associates of a criminal organization in Schenectady, New York, known as the "Four Block Gang," whose members and associates engaged in acts involving attempted murder, travel in interstate commerce in furtherance of racketeering activity and drug trafficking, within the Northern District of New York and elsewhere.

2.     The Four Block Gang, including its leadership, members, and associates, constituted an "enterprise" as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact. The enterprise was engaged in, and its activities affected, interstate and foreign commerce. The enterprise was an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

## PURPOSES OF THE ENTERPRISE

3.     The purposes of the Four Block Gang included, but were not limited to, the following:

   a.     Enriching the members of the Four Block Gang through, among other things, control of and participation in the distribution of controlled substances in Four Block Gang territory and elsewhere;

   b.     Maintaining control over Four Block Gang territory;

   c.     Preserving, protecting, and expanding the power and reputation of the Four Block Gang through the use of intimidation, violence, threats of violence, robberies, assaults and attempted murders; and

   d.     Promoting and enhancing the Four Block Gang, its activities, and the activities of its members and associates.

3

## MANNER AND MEANS OF THE ENTERPRISE

4.      The Four Block Gang operated in a multi-block area in the Hamilton Hill area of the City of Schenectady, New York.  This territory is bordered by State Street, Strong Street, Brandywine Avenue and Veeder Avenue ("Four Block Gang territory").

5.      One of the principal activities of the Four Block Gang and its members was the sale of controlled substances.  By 2007, the distribution of crack cocaine (cocaine base), heroin and marihuana within the territory was a common occurrence, with multiple major dealers being the primary suppliers to the lower ranking, younger gang members.  These major suppliers obtained their heroin and crack cocaine (cocaine base) from suppliers who obtained it from sources of supply in New York City. The lower level dealers would break the crack cocaine (cocaine base) down into individual doses and sell them to "licks," which is a slang term used to describe customers who came into the territory to buy drugs.  As Four Block Gang members became more successful at selling drugs, they elevated their status by purchasing larger quantities and selling to younger members. When the younger members sold the crack cocaine (cocaine base), they kept a portion of the proceeds as a profit for themselves and used the balance to buy more cocaine and crack cocaine from the upper level dealers.  The upper level dealers, in turn, took the money they received from the younger associates and purchased more drugs to continue the drug-dealing cycle.

6.      Members of Four Block Gang expanded the area of their narcotics trafficking to Columbia, Saratoga, Washington and Warren Counties, New York and to the State of Vermont.

7.     This cycle of drug dealing has continued virtually unabated since at least 2007. The structure of Four Block Gang members maintaining exclusive control over their territory, in large part to protect their ongoing drug trade, endured despite shootings and arrests.

8.     Four Block Gang members guarded their territory to prevent drug sales by others in the territory or encroachment of any kind by rival gang members.  If a non-Four Block member was detected or attempted to sell drugs within Four Block territory, either on his own, or in conjunction with a rival gang, he would be summarily dismissed from the area and, likely, physically assaulted, or shot.  Additionally, any rival gang member who passed through Four Block Gang territory, even if he was not selling or attempting to sell drugs, was subject to attacks to ensure that the territory remained firmly under Four Block Gang control.

9.     There are several features of the Four Block Gang that remained constant throughout the years:

        a.     Four Block Gang members used the safety and sanctuary of the gang territory as much as possible to make drug sales, to possess drugs, to meet and congregate as a gang to discuss gang related issues such as retaliating against rival gangs, and to hide from police and rival gangs.

        b.     Four Block Gang members who happened to be in the area at the time of an encroachment by a rival gang member or an unwanted drug dealer would routinely respond with violence to protect the territory.  Sometimes these responses were coordinated amongst Four Block Gang .

        c.     Four Block Gang members routinely wrote gang-related graffiti on the buildings in their territory.  Such graffiti was in the form of the words  "4-Block," "Hill Boys," "Block Boyz," "Block up."

d.      Four Block Gang members used hand signs to represent gang identity.

e.      Four Block Gang members routinely armed themselves with firearms in order to protect their territory, to protect their drug trade, to project a violent attitude to rival gang members, and to retaliate against any rival gangs who committed acts of violence against Four Block Gang members. These guns were routinely used by Four Block Gang members to shoot at rival gang members both within Four Block Gang territory and elsewhere.

g.      Four Block Gang members had long-standing feuds with other street gangs. These feuds resulted in murders and attempted murders. Four Block Gang members often used their gang guns to conduct drive-by shootings in rival gang territories in furtherance of these gang wars.

h.      Four Block Gang members routinely wore rubber bracelets that read, "R.I.P. Funk"" which was a tribute to slain Four Block member Alphonso Pittman.

10.     Four Block Gang members, and those associated with them, utilized the Facebook web site to glorify and perpetuate the Four Block Gang through photos, writings and drawings.

11.     Four Block Gang members in the gang territory at some point demonstrated a propensity to do one or more of the following: (1) engage in drug trafficking; (2) protect the gang territory, (3) engage in gang-related violence; and/or (4) retaliate against rival gangs for acts of violence or disrespect perpetuated by rival gangs, even if that individual gang member was not the subject of the violence and disrespect. Four Block Gang members gained membership and stature in the gang by demonstrating a proficiency in one or more of these areas.

12.     The Four Block Gang continued to operate as a criminal enterprise despite attrition caused when members were incarcerated for criminal offenses, left the gang, or were killed. Rival gang

6

members and others were aware of its continued existence, protection of its territory, and criminal

operations despite that attrition.

## THE RACKETEERING CONSPIRACY

From at least 2007, the exact date being unknown to the grand jury, and continuing thereafter

up to the date of the indictment, in the Northern District of New York and elsewhere, the defendants,

**Richard Anderson, A/K/A PRETTY, PRETTY RICKY**
**Henry Beard, A/K/A JU JU**
**Justin Belle, A/K/A JUS, JUST BLAZE**
**Mikell Butler, A/K/A KELLS**
**Linsandro Brown, A/K/A C**
**Tommie Caldwell, A/K/A T-BOY, TOMMIE GUN**
**Shaquan Hayes, A/K/A QUAN**
**Eric Harris, A/K/A EASY E, E**
**Ricardo Henderson, A/K/A RUCKUS, MATEO, TEO**
**Qierre Jacobs, A/K/A STACKS, Q-STACKS**
**Charles Lewis, Jr., A/K/A Chuck D**
**Arsheen Montgomery. A/K/A DUDIE**
**Phillip Moore, A/K/A SKRILLA, P-CRACK, BIG PHIL**
**Curtis Perkins, A/K/A CURT**
**Quintel Raysor, A/K/A QUINNY, Q DA DON**
**Kwame Robinson, A/K/A KWA**
**Leon Robinson, A/K/A EON, E-BLIX**
**Jose Serrano, A/K/A RICO**
**Kawaun Wiggins, A/K/A DOUGHBOY**

together with others known and unknown to the grand jury, being persons employed by and

associated with the enterprise known as the Four Block Gang described in paragraphs 1 through 12

of this indictment, which enterprise engaged in, and the activities of which affected, interstate and

foreign commerce, unlawfully, knowingly, and intentionally did conspire to violate Title 18, United

States Code, Section 1962(c), that is, to conduct and participate, directly and indirectly, in the

conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term is

defined in Title 18, United States Code, Sections 1961(1) and 1961(5), consisting of multiple acts involving: (1) murder, in violation of New York Penal Law Sections 125.25, 110.05, and 105.17; and (2) conspiracy to possess with intent to distribute cocaine base (crack), cocaine, heroin and marijuana, as well as possession with intent to distribute and distribution of cocaine base (crack), cocaine, heroin and marijuana, in violation of Title 21, United States Code, Sections 841(a) and 846; and multiple acts indictable under Title 18 United States Code Section 1952 (travel in interstate commerce in furtherance of racketeering).

It was part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

### OVERT ACTS[1]

In furtherance of the conspiracy and in order to affect the objects thereof, the defendants and their co-conspirators, known and unknown to the grand jury, committed and caused to be committed the following overt acts, among others, in the Northern District of New York and elsewhere:

1.     On or about April 24, 2008, in Niskayuna, New York, **TOMMIE CALDWELL** possessed a stolen 9 mm pistol.

2..     On or about July 19, 2008, in Schenectady, New York, **CURTIS PERKINS**, **ERIC HARRIS** and **QUINTEL RAYSOR** were in a car in which there was a loaded .22 caliber pistol with a defaced serial number.

---

[1] The a/k/a's ("also known as") for each of the defendants are not restated in the Overt Acts section.

3.     On or about March 24, 2009, **RICARDO HENDERSON** transported cocaine base (crack) and heroin from Schenectady, New York to Rutland, Vermont for distribution.

4.     On or about April 17, 2009, in Schenectady, New York, **KAWAUN WIGGINS** sold cocaine base (crack).

5.      On or about April 20, 2009, in Schenectady, New York, **KAWAUN WIGGINS** sold cocaine base (crack).

6.     On or about April 9, 2010, in Schenectady New York, **CURTIS PERKINS** and **ERIC HARRIS** were in a car in which there was a Smith and Wesson pistol.

7.     On or about May 27, 2010 in Schenectady, New York, **RICHARD ANDERSON** sold cocaine base (crack).

8.     On or about June 10, 2010 in Schenectady, New York, **RICHARD ANDERSON** sold cocaine base (crack).

9.     On or about June 26, 2010, **JUSTIN BELLE**, in a telephone conversation, reported to **RICARDO HENDERSON** that he was returning from Rutland, Vermont with only $550 from the sale of cocaine base (crack).

10.     On or about July 1, 2010, in a telephone conversation, in response to a query from **RICARDO HENDERSON, PHILIP MOORE** said that he was returning to Schenectady, New York from Rutland, Vermont with only $550 from crack sales due to poor quality crack.

11.     On or about July 21, 2010, **CURTIS PERKINS,** on Furman Street in Schenectady, New York, fired a handgun at a member of a rival street gang.

12.     On or about July 22, 2010, **ERIC HARRIS**, in Schenectady, New York, obtained ammunition for himself and other Four Block members.

9

13.    On or about July 24, 2010, **JOSE A. SERRANO** fired a handgun at members of a rival street gang on Elder Street in Schenectady, New York.

14.    On or about July 30, 2010, in a telephone conversation, **LISANDRO BROWN** agreed to sell Henderson an ounce of crack cocaine for $1,200.

15.    On or about July 31, 2010, in Saratoga Springs, New York **RICARDO HENDERSON** distributed cocaine base.

16.    On or about August 2, 2010, in a telephone conversation, **RICARDO HENDERSON** and **KWAME ROBINSON** discussed using **ROBINSON** to distribute crack cocaine for **HENDERSON** in Vermont.

17.    On or about August 14, 2010, **ARSHEEN MONTGOMERY, LEON ROBINSON, KWAME ROBINSON**, all Four Block Original Gangsters (OGs) and **MIKELL BUTLER** were in a car in Schenectady, New York in which a firearm, 7 grams of crack cocaine, and an electronic scale with residue were found.

18.    On or about September 11, 2010, in Schenectady, New York, **SHAQUAN HAYES** possessed cocaine base (crack).

19.    On or about October 20, 2010, in Glenville, New York, **QIERRE JACOBS** sold cocaine base (crack).

20.    On or about October 26, 2010, in Glenville, New York, **QIERRE JACOBS** sold cocaine base (crack).

21.    On or about January 2, 2011, in Schenectady, New York, **JOSE A. SERRANO** possessed a loaded handgun.

10

22.     On or about February 14 2011 in Schenectady, New York, **HENRY BEARD,** a Four Block Original Gangster (OG), arranged the sale of cocaine base (crack).

23.     On or about February 14, 2011, in Schenectady, New York, **TOMMIE CALDWELL** sold cocaine base (crack).

24.     On or about February 22, 2011, in Schenectady, New York, **TOMMIE CALDWELL** sold cocaine base (crack).

25.     On or about April 12, 2011, in Schenectady, New York, **JOSE A. SERRANO** and **CHARLES D. LEWIS, JR.** were in a car in which there was a loaded handgun.

26.     On or about April 12, 2011, in Schenectady, New York, **JOSE A. SERRANO** and **CHARLES D. LEWIS** sold cocaine base (crack).


        All in violation of Title 18, United States Code, Section 1962(d).


Notice of Special Sentencing Factors Regarding Count 1:


        1.      That from in or before November 2008 up to and including the date of this Indictment, in Schenectady County in the Northern District of New York, and elsewhere, **Richard Anderson, Justin Belle, Linsandro Brown, Shaquan Hayes, Eric Harris, Ricardo Henderson, Qierre Jacobs, Arsheen Montgomery, Phillip Moore, Curtis Perkins, Quintel Raysor, Kwame Robinson and Kawaun Wiggins** conspired to knowingly and intentionally distribute and possess with the intent to distribute a controlled substance in violation of Title 21 United States Code

Section 841(a)(1) and 846. That violation involved 280 grams or more of a mixture or substance containing cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(A).

2. That on or about July 30, 2010, in Saratoga County and elsewhere, in the State and Northern District of New York, **RICARDO HENDERSON,** after he had prior final convictions for a felony drug offense, did knowingly and intentionally possess with the intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). That violation involved a mixture or substance containing 5 grams or more of cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(B).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That from in or before November 2008 up to and including the date of this Indictment, in Schenectady County in the Northern District of New York, and elsewhere, **Richard Anderson, Justin Belle, Linsandro Brown, Shaquan Hayes, Eric Harris, Ricardo Henderson, Qierre Jacobs, Arsheen Montgomery, Phillip Moore, Curtis Perkins, Quintel Raysor, Kwame Robinson, Kawaun Wiggins, Deshae Harris, Kadeem Pell, Deshawn Tarver, Charles Edwards, Brian Wilder, Jamie Baker, Val Socinski, Charles Procella and Kevin Roundsville,** the defendants herein, conspired to knowingly and intentionally distribute and possess with the intent to distribute a controlled substance in violation of Title 21 United States Code Section 841(a)(1) and 846. That violation involved 280 grams or more of a mixture or substance containing cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(A) and heroin.

12

Manner and Means

It was the role of **Ricardo Henderson to** procure cocaine base (crack) for re-distribution from **Lisandro Brown, Richard Anderson, Shaquan Hayes, Kawaun Wiggins, Deshae Harris** and others known to the Grand Jury.

It was the role of **Ricardo Henderson** to procure heroin for re-distribution from and individual known to the Grand Jury.

It was the role of **Justin Belle, Eric Harris, Qierre Jacobs, Phillip Moore, Quintel Raysor, Kwame Robinson, Kadeem Pell, Deshawn Tarver, Charles Edwards and Brian Wilder,** to transport cocaine base (crack) from Schenectady, New York to Rutland Vermont for re-distribution and to transport money, the proceeds of narcotics trafficking from Rutland, Vermont, back to **Ricardo Henderson** in Schenectady, New York.

It was the role of **Justin Belle, Eric Harris, Qierre Jacobs, Phillip Moore, Quintel Raysor, Kwame Robinson, Kadeem Pell, Deshawn Tarver, Charles Edwards, Brian Wilder, Jamie Baker, Val Socinski** to distribute cocaine base (crack) received from **Ricardo Henderson**.

It was the role of **CHARLES PROCELLA** and **KEVIN ROUNDSVILLE** to receive cocaine base (crack) and heroin from **RICARDO HENDERSON** in Saratoga County for re-distribution.

13

COUNT 3

THE GRAND JURY FURTHER CHARGES:


That on or about April 17, 2009, in Schenectady County, in the State and Northern District of New York, **KAWAUN WIGGINS,** the defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). That violation involved a mixture or substance containing cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(C).




COUNT 4

THE GRAND JURY FURTHER CHARGES:


That on or about April 20, 2009, in Schenectady County, in the State and Northern District of New York, **KAWAUN WIGGINS,** the defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). That violation involved a mixture or substance containing cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(C).

14

COUNT 5

THE GRAND JURY FURTHER CHARGES:


That on or about May 27, 2010, in Schenectady County, in the State and Northern District of New York, **RICHARD ANDERSON,** the defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).  That violation involved a mixture or substance containing 5 grams or more of cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(B).


COUNT 6

THE GRAND JURY FURTHER CHARGES:


That on or about June 10, 2010, in Schenectady County, in the State and Northern District of New York, **RICHARD ANDERSON,** the defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).  That violation involved a mixture or substance containing 5 grams or more of cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(B).

15

## COUNT 7

THE GRAND JURY FURTHER CHARGES:


That on or about July 30, 2010, in Saratoga County and elsewhere , in the State and Northern District of New York, **RICARDO HENDERSON, DESHAWN TARVER and BRIAN WILDER,** the defendants herein, did knowingly and intentionally possess with the intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).  That violation involved a mixture or substance containing 5 grams or more of cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(B).


## COUNT 8

THE GRAND JURY FURTHER CHARGES:


That on or about August 14, 2010, in Schenectady County, in the State and Northern District of New York, **LEON ROBINSON, KWAME ROBINSON, MIKELL BUTLER and ARSHEEN MONTGOMERY** the defendants herein, did knowingly and intentionally possess with the intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). That violation involved a mixture or substance containing 5 grams or more of cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(B).

16

## COUNT 9

THE GRAND JURY FURTHER CHARGES:


That on or about September 11, 2010, in Schenectady County, in the State and Northern District of New York, **SHAQUAN HAYES,** the defendant herein, did knowingly and intentionally possess with the intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).  That violation involved a  mixture or substance containing cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(C).


## COUNT 10

THE GRAND JURY FURTHER CHARGES:


That on or about October 20, 2010, in Schenectady County, in the State and Northern District of New York, **QIERRE JACOBS,** the defendant herein,  the defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1).  That violation involved a  mixture or substance containing cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(C).

COUNT 11

THE GRAND JURY FURTHER CHARGES:

That on or about October 26, 2010, in Schenectady County, in the State and Northern District of New York, **QIERRE JACOBS,** the defendant herein, the defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). That violation involved a mixture or substance containing cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(C).

COUNT 12

THE GRAND JURY FURTHER CHARGES:

That on or about February 14, 2011, in Schenectady County, in the State and Northern District of New York, **HENRY BEARD and TOMMIE CALDWELL,** the defendants herein, did knowingly and intentionally possess with the intent to distribute and did distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). That violation involved a mixture or substance containing cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(C).

COUNT 13

THE GRAND JURY FURTHER CHARGES:

That on or about February 22, 2011, in Schenectady County, in the State and Northern District of New York, **TOMMIE CALDWELL,** the defendant herein, did knowingly and intentionally possess with the intent to distribute and did distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). That violation involved a mixture or substance containing cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(C).

COUNT 14

THE GRAND JURY FURTHER CHARGES:

That on or about April 12, 2011, in Schenectady County, in the State and Northern District of New York, **JOSE SERRANO and CHARLES LEWIS, JR,** the defendants herein, did knowingly and intentionally possess with the intent to distribute and did distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). That violation involved a mixture or substance containing cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(C)..

COUNT 15

THE GRAND JURY FURTHER CHARGES:

That on or about August 3, 2009 in Schenectady County and elsewhere, in the State and Northern District of New York, **KADEEM PELL,** the defendant herein, did knowingly and intentionally possess with the intent to distribute a controlled substance in violation of Title 21, United States Code, Section 841(a)(1). That violation involved a mixture or substance containing 5 grams or more of cocaine base (crack) in violation of Title 21 United States Code Section 841(b)(1)(B)..

COUNT 16

THE GRAND JURY FURTHER CHARGES:

That on or about March 24, 2009 in Schenectady County and elsewhere, in the State and Northern District of New York, **RICARDO HENDERSON,** the defendant herein, did knowingly travel in interstate commerce from the State of New York to the State of Vermont, with the intent to promote, manage, carry on and facilitate the promotion management, establishment and carrying on an unlawful activity that is, the distribution of controlled substances in violation of Title 21 United States Code Section 841(a)(1), and thereafter performed or attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, in violation of Title 18 United States Code Section 1952(a)(3).

COUNT 17

THE GRAND JURY FURTHER CHARGES:


That on or about August 3, 2009 in Schenectady County and elsewhere, in the State and Northern District of New York, **KADEEM PELL,** the defendant herein, did knowingly travel in interstate commerce from the State of New York to the State of Vermont, with the intent to promote, manage, carry on and facilitate the promotion management, establishment and carrying on an unlawful activity that is, the distribution of controlled substances in violation of Title 21 United States Code Section 841(a)(1), and thereafter performed or attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, in violation of Title 18 United States Code Section 1952(a)(3).

Prior Drug Felonies

The Defendants, **LINSANDRO BROWN and RICARDO HENDERSON** committed the above offenses after they had prior final convictions for felony drug offenses, which convictions affect the penalty provisions of Title 21, United States Code, Sections 841(b)(1) and 851.

Richard S. Hartunian
United States Attorney

Terrence M. Kelly
Assistant United States Attorney

22