Prob12B
(7/93)



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 23 2017
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Utica

# United States District Court
## for the Northern District of New York

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Charles Edwards        Case Number: DNYN111CR000247-023

Name of Sentencing Judicial Officer: Honorable David N. Hurd, U.S. District Judge

Date of Original Sentence: May 17, 2013

Original Offense: Conspiracy to Possess with Intent to Distribute a Controlled Substance (Cocaine Base)

Original Sentence: Twelve (12) Months One (1) Day Incarceration; Four (4) Years Supervised Release

Type of Supervision: Supervised Release        Date Supervision Commenced: April 2, 2014

## PETITIONING THE COURT

[ ] To extend the term of supervision for years, for a total term of years.
[X] To modify the conditions of supervision as follows:

**ADD:**

You shall participate in a mental health program which may include medical, psychological, or psychiatric evaluation and outpatient treatment as recommended by the treatment provider based upon your risk and needs. You may also be required to participate in inpatient treatment upon recommendation of the treatment provider and upon approval of the Court. The probation office shall approve the location, frequency, and duration of outpatient treatment. You must abide by the rules of the program which may include a medication regime. You shall contribute to the cost of any evaluation and/or treatment in an amount to be determined by the probation officer based on your ability to pay and the availability of third party payments.

## CAUSE

On August 22, 2017, the defendant reported for urinalysis and tested presumptive positive for alcohol. He initially denied any alcohol use to the urinalysis technician, but later admitted to this writer that he had ingested an alcoholic beverage on August 20, 2017, a few days after the loss of his maternal uncle. As a result of prior problems with substance abuse, the defendant completed outpatient substance abuse treatment at New Choices in December of 2015.

Further discussion with this defendant revealed various ongoing stressors, in response to which he disclosed some troublesome thoughts and feelings. This writer reviewed the benefits of a mental health evaluation and counseling, to which the defendant was agreeable. Additionally, he remains at the highest level of drug testing, and office reporting will be increased.

The defendant consented to this modification by executing Probation Form 49.

Prob 12B

Charles Edwards

- 2 -

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Respectfully submitted,

*Stephanie E. Meyers*
Stephanie E. Meyers
U.S. Probation Officer

Approved by:

*Jay P. Driscoll*
Jay P. Driscoll
Supervising U.S. Probation Officer

Date: 8/22/2017

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✗] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

August 23, 2017
Date

Utica, N.Y.

PROB 49
NNYrev.6/10

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. **I am fully aware this is only a proposal to the Court to address the alleged violation(s) and it is in no way binding upon the Court. The Court has the discretion to order a hearing which could result in a different sanction being imposed.** I agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

1. You shall participate in a mental health program which may include medical, psychological, or psychiatric evaluation and outpatient treatment as recommended by the treatment provider based upon your risk and needs. You may also be required to participate in inpatient treatment upon recommendation of the treatment provider and upon approval of the Court. The probation office shall approve the location, frequency, and duration of outpatient treatment. You must abide by the rules of the program which may include a medication regime. You shall contribute to the cost of any evaluation and/or treatment in an amount to be determined by the probation officer based on your ability to pay and the availability of third party payments.

Witness: _____  Signed: _____
U.S. Probation Officer                    Charles Edwards, Supervised Releasee

_____
8/22/17
Date